IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


RANDALL R. NEELON                                        PLAINTIFF

v.                          Civil No. 05-5096

TIM HELDER, Sheriff of
Washington County, Arkansas                              DEFENDANT

## O R D E R

Now on this 28th day of July, 2006, comes on for
consideration the **Magistrate Judge's Report and Recommendation**
(document #24), in this matter, to which no objections have been
filed, and the Court, having carefully reviewed said Report and
Recommendation, finds that it is sound in all respects, and that
it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report
and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the
Magistrate Judge's Report and Recommendation, this action is
hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**


                                   **/s/Jimm Larry Hendren**
                                   **HON. JIMM LARRY HENDREN**
                                   **UNITED STATES DISTRICT JUDGE**